UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FAREED SEPEHRY-FARD,<br><br>    Plaintiff,<br><br>    v.<br><br>SELECT PORTFOLIO SERVICES, INC., et al.,<br><br>    Defendants. | Case No. 5:16-mc-80112-EJD<br><br>**ORDER DENYING LEAVE TO FILE COMPLAINT** |

Plaintiff Fareed Sepehry-Fard ("Plaintiff") has been declared a vexatious litigant and is subject to a pre-filing order which requires him to "obtain leave before filing any action in the United States District Court for the Northern District of California related to the foreclosure of his property located at 18314 Baylor Avenue, Saratoga, California 95070." Order, Dkt. No. 58, Case No. 5:14-cv-051423-LHK. On May 18, 2016, he submitted a "Verified Complaint" to this court, which was referred to the undersigned as a general duty matter pursuant to the pre-filing order. The court reviews the pleading to determine whether it is "duplicative or frivolous." Id.

The court finds this proposed action is related to the foreclosure of the Baylor Avenue property. Verified Compl., Dkt. No. 1, at ¶ 21. The court further finds this proposed action is both duplicative of prior litigation instituted by Plaintiff and frivolous. The Verified Complaint is therefore barred by the pre-filing order and leave to file it is DENIED. The Clerk shall return the Verified Complaint to Plaintiff as required by the pre-filing order.

**IT IS SO ORDERED.**

Dated: May 23, 2016

_____
EDWARD J. DAVILA
United States District Judge

1
Case No.: 5:16-mc-80112-EJD
ORDER DENYING LEAVE TO FILE COMPLAINT